# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 MAY -8 A 10: 07

CLERK OF COURT

(Full name of plaintiff(s))

Richard A Schneider

v.

(Full name of defendant(s))

Well point care
Network

Case Number:

25-C-0676

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of  United States  and resides at
     (State)

5056^ s Packard Ave, Cudahy, WI 53110
     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant  Well point Care Network
     (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _United States, WI_
(State, if known)

and (if a person) resides at _8901 w Capitol Dr Milwaukee, wI 53222_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Yes_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1# Well point care Network, my 14th Amendment.

2# They violated my 14th Amendment, The Due Process Clause of the Fourteenth Amendment, and the, Equal Protection Clause.

3# 12-8-2023

4# Milwaukee Children's Court Center 10201 w Watertown Plank Rd, Milwaukee, WI 53226

5# Because of prejudice and discrimination

Complaint – 2

On 12-8-23 I was adjudicated the father of a little girl. That I had no knowledge of at all. When in court after being adjudicated as the father. They put me on a Chips Petition, Because they took my daughter away from her mother, because my daughter had methamphetamines in her system. Then I find out that they have taken two other children from her already. This was a one nightstand and I had nothing to do with what she has done. Nor did I have knowledge of it. I was expecting after being adjudicated as the Father, That they would hand over my daughter over As the Fourteenth Amendment says, but they put me on her Chips Petition.

Complaint – 3

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like them to hand over my daughter over immediately, as the Constitution says. I also would like them to be held accountable. For what they have done to my daughter and I. I also would like compensation for my daughter's rights and mine being violated. From 12/8/2023 until now. For emotional distress, and pain and suffering, and loss of work.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _May_ day of _8th_ 20_25_.

Respectfully Submitted,

_[signature]_

Signature of Plaintiff

_414-573-3956_

Plaintiff's Telephone Number

_Rich_karma145 @ Yahoo.com_

Plaintiff's Email Address

_5056ᴬ s Packard Ave_

_Cudahy, WI 53110_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5